JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CASTRO, | CASE NO. CV08-01248 CAS (PJW) |
| Plaintiff, | **ORDER RE DISMISSAL** |
| vs. | |
| BURLINGTON INSURANCE COMPANY and DOES 1-20, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal, this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties shall bear their own fees and costs in connection with this action.

Date: October 17, 2008

*Christina A. Snyder*

Christina A. Snyder
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER OF DISMISSAL